Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Genova Capital Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHAM FIELD; COLETTE PELISSIER,<br><br>Plaintiff,<br><br>vs.<br><br>GENOVA CAPITAL INC., a California corporation; CALIFORNIA TD SPECIALISTS, a California corporation, and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.:<br>State Court Case No.: 56-2020-00546243-CU-OR-VTA<br><br>Date Action Filed: October 19, 2020<br><br>**NOTICE OF REMOVAL**<br>**[FEDERAL QUESTION]** |

To the Clerk of the United States District Court for the Central District of California:

Defendant Genova Capital, Inc. ("Defendant," or "Genova") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1446, and Federal Rules of Civil Procedure, Rule 81(c).

## STATEMENT OF FACTS ENTITLING DEFENDANTS TO REMOVAL

1. The action pending in the Superior Court of the State of California for the County of Ventura, entitled *Field et al. v. Genova Capital, Inc. et al.* (Case No. 56-2020-00546243-CU-OR-VTA), was filed by plaintiffs Brigham Field and Colette Pelissier (together, "Plaintiffs") on October 19, 2020.

2. Incorporated in each claim are the allegations that "Genova . . . appeared to violate the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), and Unfair or Deceptive Abusive Acts or Practices (UDAAP) . . . ." (Compl. ¶¶19, 23, 27, 29, 33, 37.) Plaintiffs allege that Defendant violated 15 U.S.C. §1692-1692o (the Fair Debt Collection Practices Act). 15 U.S.C. §1681 *et seq.* (the Fair Credit Reporting Act), and 12 U.S.C. §5531 *et seq.* (UDAAP).

3. Since every claim included in the complaint contain these allegations, the complaint and each claim stated therein require resolution of questions of federal law.

4. Based thereon, plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law. *Franchise Tax Bd. of the State of Cal. v. Constr. Laborers Vacation Trust for S. Cal.,* 463 U.S. 1, 27-28, 103 S. Ct. 2841, 77 L. Ed. 2d 420 (1983); *Moore v. Chase Bank*, No. 08-0350 SC, 2008 U.S. Dist. LEXIS 11337, at *4 (N.D. Cal. Jan. 31, 2008).

5. Further, the relief requested in the complaint is an impermissible collateral attack on a final order of the United States Bankruptcy Court, Central District of California, Hon. Judge Deborah Saltzman, granting Genova relief from the automatic stay to foreclose on Plaintiff's real property. *W. Sys. v. Ulloa*, Nos. 90-15732, 91-15110,

1992 U.S. App. LEXIS 14240, at *9 (9th Cir. June 23, 1992) ("State courts have no power to void federal court decrees."); *Williams Natural Gas Co. v. Oklahoma City,* 890 F.2d 255, 264 (10th Cir. 1989) (error *not* to enjoin collateral attack by state court on the validity of federal judgment), *cert. denied,* 110 S. Ct. 3236 (1990). An order granting relief from the automatic stay is a final and appealable order. *Ritzen Grp., Inc. v. Jackson Masonry, LLC*, 140 S. Ct. 582, 584 (2020).

6. Accordingly, the Court has subject matter jurisdiction over the action on the basis of federal question jurisdiction under 28 U.S.C. §1331.

7. Removal is proper to this District Court pursuant to 28 U.S.C. § 1441(a) as the Superior Court for the County of Ventura, is geographically located within this Court's district.

8. This Court has supplemental jurisdiction over all other claims that are or may be asserted by Plaintiff pursuant to 28 U.S.C. § 1367 and 28 U.S.C. § 1441.

9. Defendant California TD has not yet been served, but consents to this action being removed to this Court.

10. Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed by Plaintiffs in the state court action.

DATED: October 19, 2020              THE RYAN FIRM
                                     A Professional Corporation


                                     By: _____/s/ Timothy Ryan_____
                                         TIMOTHY M. RYAN
                                         ANDREW J. MASE
                                         Attorneys for Defendant Genova
                                         Capital Inc., a California Corporation

**-PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On October 19, 2020, I served the within document(s) described as: **NOTICE OF REMOVAL [FEDERAL QUESTION]** on the interested parties in this action:

☒  by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| David E. Rosen<br>Nicole Ambrosetti<br>MURPHY ROSEN LLP<br>100 Wilshire Boulevard,<br>Suite 1300<br>Santa Monica, CA 90401-1142 | Tel: (310) 899-3300<br>Fax: (310) 399-7201 | Attorneys for Plaintiffs Brigham Field and Colette Pelissier |

☒  **BY OVERNIGHT MAIL** (Code Civ. Proc. § 1013(c))—I placed said envelope(s) for collection by **GSO**, following ordinary business practices, at the business offices of The Ryan Firm for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2020, at Irvine, California.

        /s/ Nasya Chou
       NASYA CHOU